FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

FEB 13 2024

GARY P. SEDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. GARY JOSEPH HAWKINS, Defendant. | INDICTMENT<br><br>COUNT I: 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), Distribution of Child Pornography;<br><br>COUNT II: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography.<br><br>Case: 4:24-cr-00020<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 2/12/2024<br>Description: USA v. |
|---|---|

The Grand Jury charges:

COUNT I
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Distribution of Child Pornography)

Beginning on November 2, 2023 and continuing through January 16, 2024 in the District of Utah, and elsewhere,

GARY JOSEPH HAWKINS,

defendant herein, did knowingly distribute any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and punishable under § 2252A(b)(1).

COUNT II
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

On a date unknown, continuing through January 29, 2024, in the District of Utah,

GARY JOSEPH HAWKINS,

defendant herein, did knowingly possess and access with intent to view any material which contains an image of child pornography, involving a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B), and punishable under § 2252A(b)(2).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A, the defendant shall forfeit to the United States of America: (i) any visual

depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- A black Samsung S22 Ultra cell phone;
- A silver Galaxy Note 10 Plus cell phone.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
BRADY WILSON
Assistant United States Attorney